Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23467−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Andrew D. Howard | Nikkita L. White |
|---|---|
| 479 Prospect Avenue | 479 Prospect Avenue |
| Piscataway, NJ 08854 | Piscataway, NJ 08854 |

Social Security No.:
 xxx−xx−2063                              xxx−xx−1196

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 11, 2026.

Dated: March 11, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-23467-MBK |
| Andrew D. Howard | Chapter 13 |
| Nikkita L. White | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2026 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew D. Howard, Nikkita L. White, 479 Prospect Avenue, Piscataway, NJ 08854-1428 |
| 520925912 | + | American Heritage Credit Union, P.O. Box 52779, Philadelphia, PA 19115-7779 |
| 520925913 | + | Edward White, 213 Westfield Avenue, Piscataway, NJ 08854-5539 |
| 520925909 | + | US Dept of HUD, 2415 Eisenhower Avenue, Alexandria, VA 22314-4684 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521008789 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521017836 | + | Email/Text: bkattorneynotices@gmail.com | Mar 11 2026 21:29:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 521017837 | + | Email/Text: opportunitynotices@gmail.com | Mar 11 2026 21:30:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 520930072 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2026 21:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520925908 | ^ | MEBN | Mar 11 2026 21:28:34 | LOGS Legal Group, 14000 Commerce Parkway, Suite B, Mt. Laurel, NJ 08054-2242 |
| 520931024 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521010512 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2026 21:29:00 | Lakeview Loan Servicing, LLC, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520939812 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2026 21:37:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520977076 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 21:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520925907 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2026 21:29:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520925911 | ^ | MEBN | Mar 11 2026 21:25:29 | PSE&G, P.O. Box 14444, New Brunswick, NJ |

| | | | 08906-4444 |
|---|---|---|---|
| 520950141 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2026 21:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520986667 | + Email/Text: bankruptcy@certified-solutions.com | Mar 11 2026 21:29:00 | SAINT PETER'S UNIV HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 521018160 | Email/Text: bankruptcy@tfifinance.com | Mar 11 2026 21:29:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520927967 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 11 2026 21:37:57 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520987303 | + Email/PDF: ebn_ais@aisinfo.com | Mar 11 2026 21:38:56 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520925910 | + Email/Text: bankruptcynotice@westlakefinancial.com | Mar 11 2026 21:30:00 | Westlake Financial, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                 Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Joint Debtor Nikkita L. White slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor Andrew D. Howard slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5