**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:                                                              Case No. 25-23467-MBK
                                                                   Chapter 13

Andrew D. Howard
Nikkita L. White

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 009221995
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 26th day of March, 2026, to the following:

Stacey J, Mullen
Law Office of Stacey L. Mullen
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
slmullen@comcast.net
***Attorney for Debtor(s)***

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Andrew D. Howard
479 Prospect Avenue
Piscataway, NJ 08854

Nikkita L. White
479 Prospect Avenue
Piscataway, NJ 08854
***Debtor(s)***

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire