UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

---

In Re:                                         Case No.: ___25-23467
    Andrew Howard and Nikkita White,      Judge: ____MBK
                                               Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
 X   TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.    X   Motion for Relief from the Automatic Stay filed by creditor
Lakeview Loan. A hearing has been scheduled for
5/6/2026        at  9:00         am

OR

__ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

__ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

__ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

__ Payments have been made in the amount of $ _____, but have
not been accounted for. Documentation in support is attached hereto.
__ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

 X  Other **(explain your answer)**: <u>Debtors did make a $1,000.00 on March 29, 2026.</u>
<u>Debtors are asking if they can have 6-8 months to cure their arrears.</u>

3. This certification is being made in an effort to resolve the issues raised by the
creditor in its motion.

4. I certify the above facts to be true. I am aware that if the above facts are willfully
false, I am subject to punishment.

Date: 04/06/26                       /s/ Andrew D. Howard
                                     Debtor's Signature

Date: 04/06/26                       /s/ Nikkita L. White
                                     Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court
and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date,**
**pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic*
*Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion*
*to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's**
**stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be**
**required.**

                                                                                    *1/3/05/jml*