UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
1814 East Route 70 - Suite 350
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on April 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Andrew Howard and Nikkita White,

                         Debtors

Case No.: 25-23467 (MBK)

Chapter 13

Hearing Date:

Judge: MBK

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**

**DATED: April 30, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.   25-23467 (MBK)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00                        for services rendered and expenses in the amount of $ n/a     for a total of $ 400.00         .  The allowance shall be payable:

XXXXX          through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtors' monthly plan is modified to require a payment of $1,232.00   per month for   56   months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)